# United States Court of Appeals
## For the First Circuit

No. 08-2490

UNITED STATES OF AMERICA,

Appellee,

v.

EDDY ROA-MEDINA,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on June 2, 2010, is amended as follows:

On the coversheet replace "Chauncy" with "Chauncey"